UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH-MATTHEW STORER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PLACER COUNTY SUPERIOR COURT, et al.,<br><br>　　　　　Defendants. | No.  2:25-cv-02066-DC-CSK (PS)<br><br>ORDER REFERRING MOTION TO MAGISTRATE JUDGE<br><br>(Doc. No. 2) |

　　　　Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), the pending motion (Doc. No. 2) filed by Plaintiff on July 24, 2025, is hereby referred to United States Magistrate Judge Chi Soo Kim for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).

　　　　IT IS SO ORDERED.

Dated:  **July 25, 2025**

　　　　　　　　　　　　　　　　　　　　　　　　　Dena Coggins
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge